UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                                No. 1:06-cr-119

v.                                                        Hon. John Corbett O'Meara

GABRIEL GARCIA-MARTINEZ, D-1

       Defendant,
_____/

**ORDER AND JUDGMENT
APPROVING SUPPLEMENTAL REPORT AND RECOMMENDATION**

The Court has reviewed the Supplemental Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Supplemental Report and Recommendation of the Magistrate Judge (docket # 50) is approved and adopted as the opinion of the Court.

2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count [1] of the [Indictment].

3.      The written plea agreement is hereby continued under advisement pending sentencing.

Dated: September 27, 2006

                                                                            s/John Corbett O'Meara
                                                                            United States District Judge
                                                                             Eastern District of Michigan